JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| LEE MICHAEL SCHNEIDER, *et al.*, | No. 5:23-cv-02492-SSS-SPx |
|---|---|
| *Plaintiff*, | **JUDGMENT** |
| v. | |
| UNITED STATES OF AMERICA, *et al.*, | Hon. Sunshine S. Sykes |
| *Defendant*. | United States District Judge |

On May 21st and 22nd, 2025, the Court held a bench trial in this case. For the reasons stated from the bench, the Court finds that Plaintiff Lee Michael Schneider did not meet his burden to prove that Defendant United States of America (United States) was negligent. Therefore, the Court enters judgment in favor of the United States.

IT IS SO ORDERED

Dated: June 16, 2025

_____
HON. SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE